# U.S. District Court [LIVE]
## Western District of Texas (Midland)
### CIVIL DOCKET FOR CASE #: 7:18−cv−00038−DC

| | |
|---|---|
| Scottsdale Indemnity Company v. All Weather Transport, LLC et al | Date Filed: 03/05/2018 |
| Assigned to: Judge David Counts | Jury Demand: None |
| Cause: 28:1332 Diversity−Insurance Contract | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Scottsdale Indemnity Company** | represented by | **Kurt G. Paxson** <br> Mounce, Green, Myers, Safi, Paxson & Galatzan <br> Post Office Drawer 1977 <br> El Paso, TX 79999−1977 <br> (915) 532−2000 <br> Fax: 915/541−1597 <br> Email: paxson@mgmsg.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**All Weather Transport, LLC**

**Defendant**

**Gilles C. Amajoyi**

**Defendant**

| | | |
|---|---|---|
| **George L. Carpenter** | represented by | **Joseph E. Ritch** <br> Elliott & Ritch L.L.P. <br> 321 Artesian Street <br> Corpus Christi, TX 78401 <br> 361−883−3000 <br> Fax: 361−883−3003 <br> Email: jritch@elliottritch.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2018 | 1 | COMPLAINT *for Declaratory Judgment* ( Filing fee $ 400 receipt number 0542−10529161), filed by Scottsdale Indemnity Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 summons, # 8 summons, # 9 summons)(Paxson, Kurt) (Entered: 03/05/2018) |
| 03/05/2018 |  | Case assigned to Judge David Counts. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lw) (Entered: 03/06/2018) |

| | | |
|---|---|---|
| 03/06/2018 | 2 | Summons Issued as to All Weather Transport, LLC. (lw) (Entered: 03/06/2018) |
| 03/06/2018 | 3 | Summons Issued as to George L. Carpenter. (lw) (Entered: 03/06/2018) |
| 03/06/2018 | 4 | Summons Issued as to Gilles C. Amajoyi. (lw) (Entered: 03/06/2018) |
| 04/09/2018 | 5 | SUMMONS Returned Executed by Scottsdale Indemnity Company. George L. Carpenter served on 3/29/2018, answer due 4/19/2018. (Paxson, Kurt) (Entered: 04/09/2018) |
| 05/03/2018 | 6 | MOTION for Extension of Time to File Answer by George L. Carpenter. (Ritch, Joseph) (Entered: 05/03/2018) |
| 05/03/2018 | 7 | MOTION to Transfer Case by George L. Carpenter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Affidavit)(Ritch, Joseph) (Entered: 05/03/2018) |
| 05/04/2018 | | It is ORDERED the Agreed Motion for Extension of Time to Answer or Otherwise Plead, Doc. 6 filed May 3, 2018, is GRANTED. Defendant, George Carpenter, shall file his answer or otherwise plead no later than May 4, 2018. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/04/2018) |
| 05/04/2018 | 8 | ANSWER to 1 Complaint, by George L. Carpenter.(Ritch, Joseph) (Entered: 05/04/2018) |
| 05/04/2018 | | Reset Deadlines: George L. Carpenter answer due 5/4/2018. (se) (Entered: 05/04/2018) |
| 05/08/2018 | 9 | Unopposed MOTION for Extension of Time to File Response/Reply *to Transfer Venue* by Scottsdale Indemnity Company. (Attachments: # 1 Proposed Order Order Granting P's Unopposed Motion to Extend Time to Respond to Motion to Transfer Venue of Def)(Paxson, Kurt) (Entered: 05/08/2018) |
| 05/09/2018 | | It is ORDERED the Plaintiff's Unopposed Motion to Extend Time to Respond to the Defendant's Motion to Transfer Venue, Doc. 9 filed May 8, 2018, is GRANTED. The Plaintiff shall file their response to the Defendant's Motion to Transfer Venue on or before May 29, 2018. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/09/2018) |
| 05/29/2018 | 10 | MOTION for Extension of Time to File by Scottsdale Indemnity Company. (Attachments: # 1 Proposed Order)(Paxson, Kurt) (Entered: 05/29/2018) |
| 05/29/2018 | 11 | REQUEST FOR ISSUANCE OF SUMMONS by Scottsdale Indemnity Company. (Paxson, Kurt) (Entered: 05/29/2018) |
| 05/29/2018 | 12 | Summons Issued as to All Weather Transport, LLC. (jk) (Entered: 05/29/2018) |
| 05/30/2018 | | It is ORDERED the Plaintiff's Second Unopposed Motion to Extend Time to Respond to Motion to Transfer Venue of Defendant, George L. Carpenter, Doc. 10 filed May 29, 2018, is GRANTED. The Plaintiff shall file their response to the Motion to Transfer Venue on or before June 5, 2018. No further requests for extensions will be granted. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/30/2018) |
| 06/05/2018 | 13 | RESPONSE to Motion, filed by Scottsdale Indemnity Company, re 7 MOTION to Transfer Case filed by Defendant George L. Carpenter (Paxson, Kurt) (Entered: 06/05/2018) |
| 06/06/2018 | 14 | SUMMONS Returned Executed by Scottsdale Indemnity Company. Gilles C. Amajoyi served on 5/29/2018, answer due 6/19/2018. (Paxson, Kurt) (Entered: 06/06/2018) |
| 06/06/2018 | 15 | SUMMONS Returned Executed by Scottsdale Indemnity Company. All Weather Transport, LLC served on 5/30/2018, answer due 6/20/2018. (Paxson, Kurt) (Entered: 06/06/2018) |

| | | |
|---|---|---|
| 07/30/2018 | 16 | ORDER GRANTING 7 Motion to Transfer Case. Accordingly, the Court ORDERS that this case shall be TRANSFERRED to the United States District Court for the Central District of California. Signed by Judge David Counts. (jk) (Entered: 07/31/2018) |