Todd A. Chamberlain (SBN 135623)
tchamberlain@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Plaintiff, SCOTTSDALE INDEMNITY COMPANY

John Ramey (SBN 149688)
John@RameylawPC.com
James Doddy (SBN 233611)
James@RameylawPC.com
**RAMEY LAW, PC.**
5901 West Century Boulevard
Suite 1516
Los Angeles, CA 90045
Phone: (310) 421-4988
Fax:(310) 988-2440

Attorneys for Defendant
GEORGE L. CARPENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALL WEATHER TRANSPORT, LLC.; GILLES C. AMAJOYI; and GEORGE L. CARPENTER ,<br><br>　　　　Defendants. | CASE NO. 18-CV-06601 (GW)-JPR<br><br>**RULE 26(f) JOINT REPORT**<br><br>Scheduling Conference Date:<br><br>Date:　September 27, 2018<br>Time:　8:30 A.M.<br>Crtrm.:　9D<br><br>The Hon. George H. Wu |

　　　　Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, Plaintiff, SCOTTSDALE INDEMNITY COMPANY, and Defendant GEORGE L. CARPENTER, certify that they conferred on September 13, 2018 and hereby submit this Rule 26(f) Joint Report.

---

RULE 26(f) JOINT REPORT

**Initial Disclosures Under Rule 26 [Fed. R. Civ. P. 26(f)(3)(A)]**

Defendants All Weather Transport, LLC and Gilles C. Amajoyi were served with the summons and complaint of this action prior to transfer. All Weather's answer was due June 20, 2018. Gilles Amajoyi's answer was due June 19, 2018. It is possible defaults will be required in this transferred action. In light of the somewhat unsettled nature of the pleadings, the parties agree to defer the exchange of initial disclosures until pleading issues are resolved. The parties have discussed the exchange of discovery.

**Complex Case [L.R. 26-1(a)]**

The parties agree that this matter is not a complex case and that none of the procedures of the Manual for Complex Litigation are required. The parties believe that there are no unusual legal issues presented by this case and make no proposals regarding severance, bifurcation, or other order of proof.

**Motion Schedule [L.R.26-1(b)]**

The Parties are agreed that this matter presents legal issues of insurance policy interpretation.

Absent settlement, Plaintiff anticipates filing of dispositive motions(s) and propose a deadline of March 15, 2019.

Defendant Carpenter concurs with Plaintiffs' dispositive motion deadline of March 15, 2019.

**Settlement [L.R. 26-1(c)]**

Plaintiff's Position:

This case is one of policy interpretation to which the parties disagree. Settlement has not been discussed. Plaintiff is amenable to discuss settlement once it has had an opportunity to engage in discovery. In connection with such settlement discussions, Plaintiffs propose a non-judicial dispute resolution proceeding in accordance with Settlement Procedure No. 1 under Local Rule 26- 15.4.

Defendants' Position:

Defendant Carpenter concurs with Plaintiff that upon completion of discovery, non-judicial dispute resolution may be appropriate.

**Anticipated Discovery**

The parties have informally discussed the anticipated in this matter.

Plaintiff's Preliminary Position:

Plaintiff's primary evidence will consist of the subject Insurance Policy. Plaintiff will take the depositions of Defendants George Carpenter, All Weather Transport (PMK's) and Gilles Amajoyi. Plaintiff will also conduct written discovery from Defendant Carpenter and if necessary, subpoena records from All Weather and Amajoyi.

Defendant Carpenter's Preliminary Position:

Defendant Carpenter agrees to submit to a deposition:. Defendant Carpenter will also engage in written discovery.

**Trial Date, Trial Estimate, and Final Pre-Trial Conference [L.R. 26-1(d); Fed. R. Civ. P. 16(b)(3)]**

Plaintiff's Position:

Plaintiff has not demanded a trial by jury. Once again, this is a matter for judicial interpretation of an insurance policy. If the case is not resolved by dispositive motion, then a Court trial is appropriate. Plaintiff anticipates that a Court trial would take no more than 3 days. Plaintiff proposes a Final Pre-Trial Conference date of May 3, 2019. Plaintiffs propose a Trial Date of May 17, 2019. Plaintiff's trial counsel will be Todd Chamberlain.

Defendants' Position:

Defendant Carpenter agree that this matter is one of judicial policy interpretation. Defendant Carpenter does not demand a jury trial. Defendant Carpenter concurs in Plaintiff's estimate of a maximum of 3 days for a Court trial. Defendant Carpenter concurs with Plaintiff's proposed Final Pre-Trial Conference and Trial Dates. Defendant Carpenter's trial counsel will be John Ramey.

**Expert Witnesses [L.R. 26-1(f); F.R.Civ.P. 26(a)(2).]**

Plaintiffs' Position:

Plaintiff does not anticipate the use of any expert witnesses at this time. However, if necessary, Plaintiff proposes an exchange of initial expert reports by December 28, 2018 and the exchange of rebuttal expert reports by January 28, 2019.

Defendants Position:

Defendant Carpenter concurs with Plaintiff's statement regarding the use of expert witnesses. In the event experts are deemed necessary, Defendant concurs with the proposed schedule for the exchange of initial and rebuttal expert reports.

DATED: September 13, 2018    **MURCHISON & CUMMING, LLP**

By: */s/ Todd A. Chamberlain*
Todd A. Chamberlain
Attorneys for Plaintiff,
SCOTTSDALE INDEMNITY COMPANY

DATED: September 13, 2018    **RAMEY LAW, PC**

By: */s/ James Doddy*
John Ramey
James Doddy
Attorneys for Defendant,
GEORGE L. CARPENTER

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Todd A. Chamberlain, am the ECF User whose ID and password are being used to file this JOINT RULE 26(f) REPORT PURSUANT TO FRCP 12(f). In compliance with Local Rule 5-4.3.4, I hereby attest that James Doddy, counsel for Defendant GEORGE L. CARPENTER has concurred in this filing.

DATED: September 13, 2018         **MURCHISON & CUMMING, LLP**


By:  */s/ Todd A. Chamberlain*
     Todd A. Chamberlain
     Attorneys for Plaintiff, SCOTTSDALE INDEMNITY COMPANY

# PROOF OF SERVICE

**Scottsdale Indemnity Co. v. All Weather Transport**
**18-CV-06601-GW-JPR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On September 13, 2018, I served true copies of the following document(s) described as **RULE 26(F) JOINT REPORT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2018, at Los Angeles, California.

/s/ Jennifer Burnier
Jennifer Burnier

RULE 26(f) JOINT REPORT

# SERVICE LIST
## Scottsdale Indemnity Co. v. All Weather Transport
## 18-CV-06601-GW-JPR

| | |
|---|---|
| John Ramey<br>John@RameylawPC.com<br>James Doddy<br>James@RameylawPC.com<br>RAMEY LAW, PC.<br>5901 West Century Boulevard<br>Suite 1516<br>Los Angeles, CA 90045<br>Phone: (310) 421-4988<br>Fax:(310) 988-2440 | Defendant GEORGE L. CARPENTER |
| Kurt G. Paxson<br>MOUNCE GREEN MYERS SAFI PAXSON & GALATZAN<br>P.O. Box Drawer 1977<br>El Paso, TX  79999-1977<br>Telephone: (915) 532--200<br>Facsimile: (915) 541-1597 | Plaintiff SCOTTSDALE INDEMNITY COMPANY |

RULE 26(f) JOINT REPORT