JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>ALL WEATHER TRANSPORT, LLC, et al.,<br><br>        Defendants. | Case No. CV 18-6601-GW-JPRx<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal [62], it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: January 10, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE